## NATIONAL LABOR RELATIONS BOARD v. Neil R. CULLEN et al.

### No. 4527.

United States Court of Appeals
Tenth Circuit.
Jan. 5, 1953.

A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Emory L. O'Connell and Fred E. Neef, Denver, Colo., for respondents.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Decree entered enforcing order of Board January 5, 1953.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL, LOCAL 513.

### No. 14747.

United States Court of Appeals
Eighth Circuit.
Dec. 23, 1952.

David P. Findling, Associate Gen. Counsel, National Labor Relations Board and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. KLEIN MANUFACTURING COMPANY.

### No. 14749.

United States Court of Appeals
Eighth Circuit.
Dec. 23, 1952.

David P. Findling, Associate Gen. Counsel, National Labor Relations Board and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Dunbar & Curby, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.